

**boardman & clark llp**
LAW FIRM

**Richard L. Bolton, Attorney**

1 SOUTH PINCKNEY STREET, STE. 410, P.O. BOX 927, MADISON, WI 53701-0927
Telephone 608-283-1789
Facsimile 608-283-1709
rbolton@boardmanclark.com

June 21, 2017

Via Certified Mail

Attorney Jeff Sessions
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re: *Freedom from Religion Foundation, Inc. v. Trump*
U.S. District Court, Western District of Wisconsin
Case No. 17-CV-330

Dear Attorney General Sessions:

Enclosed are the Summons, Complaint, Civil Cover Sheet, Corporate Disclosure Statement, and Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge filed in the above-referenced matter. These documents are sent to you regarding the Defendants in the above-captioned matter.

Sincerely,

BOARDMAN & CLARK LLP

Richard L. Bolton

RLB/nr

Enclosures

xc: Attorney General Jeffrey M. Anderson (Western District of Wisconsin)
President Donald Trump
John Koskinen

F:\DOCS\WD\26318\38\A2821806.DOCX

**UNITED STATES POSTAL SERVICE**

Date: June 26, 2017

Nadia Riese:

The following is in response to your June 26, 2017 request for delivery information on your Certified Mail™/RRE item number 93148699043000359168O6.  The delivery record shows that this item was delivered on June 26, 2017 at 4:40 am in WASHINGTON, DC 20530. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

**UNITED STATES POSTAL SERVICE**

Date: June 26, 2017

Nadia Riese:

The following is in response to your June 26, 2017 request for delivery information on your Certified Mail™/RRE item number 9314869904300035916745.  The delivery record shows that this item was delivered on June 23, 2017 at 12:12 pm in MADISON, WI 53703. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

![USPS Logo] UNITED STATES POSTAL SERVICE

Date: June 26, 2017

Nadia Riese:

The following is in response to your June 26, 2017 request for delivery information on your Certified Mail™/RRE item number 9314869904300035916820. The delivery record shows that this item was delivered on June 26, 2017 at 4:01 am in WASHINGTON, DC 20500. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

Date: June 26, 2017

Nadia Riese:

The following is in response to your June 26, 2017 request for delivery information on your Certified Mail™/RRE item number 9314869904300035916929. The delivery record shows that this item was delivered on June 26, 2017 at 7:48 am in WASHINGTON, DC 20224. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service