UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al. <br><br> Plaintiffs <br><br> v. <br><br> DONALD J. TRUMP, President, et al. <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 17-cv-330 |

## NOTICE OF APPEARANCE

Please take notice that James C. Luh appears in this action as counsel for defendants President Donald J. Trump and John Koskinen, Commissioner, Internal Revenue Service.

Date: June 28, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JEFFREY M. ANDERSON
United States Attorney

LESLEY FARBY
Assistant Branch Director

s/ JAMES C. LUH
JAMES C. LUH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington DC 20530
Tel: (202) 514-4938
Fax: (202) 616-8460
E-mail: James.Luh@usdoj.gov
Attorneys for Defendants