AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| FREEDOM FROM RELIGION FOUND., INC., et al. )<br>*Plaintiff* )<br>v. )<br>DONALD TRUMP, President, United States et al. )<br>*Defendant* ) | Case No.   3:17-CV-00330 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Charles Moodie, Koua Vang, Patrick Malone & Holy Cross Anglican Church, Proposed Defs-Intervenors   .

Date:   06/29/2017

/s/ Eric C. Rassbach
*Attorney's signature*

Eric Christopher Rassbach Bar No. 24013375
*Printed name and bar number*

The Becket Fund for Religious Liberty
1200 New Hampshire Ave., N.W.
Washington, D.C.   20036
*Address*

erassbach@becketlaw.org
*E-mail address*

(202) 349-7214
*Telephone number*

(202) 955-0090
*FAX number*