# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al. | ) ) ) |
| Plaintiffs | ) ) ) |
| v. | ) Civil Action No. 17-cv-330 ) |
| DONALD J. TRUMP, President, et al. | ) ) ) |
| Defendants | ) |

## DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION OR FOR FAILURE TO STATE A CLAIM

Defendants President Donald J. Trump and John Koskinen, Commissioner, Internal Revenue Service, hereby move the Court to dismiss this action for lack of subject matter jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure or for failure to state a claim upon which relief can be granted under Rule 12(b)(6), for the reasons explained in the accompanying memorandum.

Date: August 22, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JEFFREY M. ANDERSON
Acting United States Attorney

BRETT A. SHUMATE
Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

s/ JAMES C. LUH
JAMES C. LUH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW

Washington DC 20530
Tel: (202) 514-4938
Fax: (202) 616-8460
E-mail: James.Luh@usdoj.gov
Attorneys for Defendants