UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

FREEDOM FROM RELIGION FOUNDATION, INC.,
DAN BARKER AND ANNIE LAURIE GAYLOR,
CO-PRESIDENTS OF FFRF,

Plaintiffs,

v.

Case No.  17-CV-330

DONALD TRUMP, PRESIDENT
OF THE UNITED STATES; and
JOHN KOSKINEN, COMMISSIONER
OF THE INTERNAL REVENUE SERVICE,

Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiffs, Freedom From Religion Foundation, Inc., Dan Barker, and Annie Laurie Gaylor, pursuant to F.R.C.P. 41(a)(1)(A), hereby give notice of their voluntary dismissal of the above captioned matter without prejudice.

Dated this 13th day of December, 2017.

                                          BOARDMAN & CLARK LLP
                                        By
                                        */s/ Richard L. Bolton*
                                        Richard L. Bolton
                                        Wisconsin State Bar No. 1012552
                                        One South Pinckney Street, Ste. 410
                                        Madison, WI 53701-0927
                                        Telephone: (608) 257-9521
                                        Facsimile: (608) 283-1709
                                        Attorney for Plaintiffs
                                        rbolton@boardmanclark.com

## CERTIFICATE OF SERVICE

I certify that, on December 13, 2017, service of the foregoing was made upon all parties by filing it with the Clerk of Court using the CM/ECF system.

                                                                                             */s/ Richard L. Bolton*

f:\docs\wd\26318\38\a2971025.docx